UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRSHA BROWN,          )<br>                                      )<br>           Plaintiff(s),       )<br>                                      )<br>     vs.                            )<br>                                      )<br>SALLIE MAE,                 )<br>                                      )<br>           Defendant(s).     )<br>_____) | Case No. 2:10-cv-0920-RLH-PAL<br><br>**O R D E R**<br>(Motion to Extend Time–#8) |

Before the Court is Plaintiff's Motion to Extend Time (#8, filed August 19, 2010). Before ruling on the motion, the Court reminds Plaintiff that she should use the caption in this Order when she files a motion. That is, she should give the name of both the plaintiff and the defendant, the case number, and should sign any document filed with the Court.

Plaintiff complains that she has been incarcerated and only recently released. Accordingly, she has been unable to file the amended complaint within the time required by Judge Leen's order of July 7, 2010. Although Plaintiff does not indicate how much time she needs to comply, the Court will grant an additional thirty (30) days from the date of this Order to file the required amended complaint. However, her request for an open-ended extension amended complaints, entering objections and filing appeals will not be granted. Rather, the Court will only grant her request with respect to the order to file an amended complaint.

Filed on the same day as Plaintiff's Motion to Extend Time was Magistrate Judge Leen's Report of Findings and Recommendation(#7) recommending that the matter be dismissed

1

because Plaintiff failed to file the amended complaint within the time ordered.  Because Plaintiff was apparently incarcerated from mid-July to mid-August, and therefore unable to comply, and because Judge Leen was not aware of this fact, the Court will decline to adopt Judge Leen's Recommendation.  However, if Plaintiff fails to file the amended complaint as ordered herein, the case will be dismissed.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Time (#8) is granted to the extent that she may file an amended complaint no later than September 23, 2010.  The motion is denied in all other respects.

IT IS FURTHER ORDERED that the Court declines to adopt Magistrate Judge Peggy A. Leen's Report of Findings of Fact and Recommendation (#7).

Dated: August 23, 2010.

_____
Roger L. Hunt
Chief United States District Judge