# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRSHA BROWN, | |
| Plaintiff(s), | Case No. 2:10-cv-0920-RLH-PAL |
| vs. | **O R D E R** |
| SALLIE MAE, | |
| Defendant(s). | |

Plaintiff Kirsha Brown is proceeding in this action *pro se*. She filed a Complaint on June 15, 2010, which was screened and found insufficient to state a claim. The Complaint was dismissed, but she was allowed, by Order (#5) dated July 7, 2010, thirty days to file an amended complaint. The Order provided that failure to file an Amended Complaint within the time allowed would result in the case being dismissed. On August 19, 2010, she filed a Motion to Extend time to Amend Complaint (#8), which was granted by Order (#10) on August 23, 2010, in which she was given until September 23, 2010, to file the Amended Complaint. She has failed to comply with an order of this Court.

IT IS THEREFORE ORDERED that the Complaint and this case is hereby dismissed.

Dated: September 28, 2010.

_____
Roger L. Hunt
Chief United States District Judge